IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLEARPOINTE TECHNOLOGY, INC.**                                           **PLAINTIFF**

**VS.**                         **CASE NO. 4:10CV00203 JMM**

**DAVID OLDRIGHT, ET AL**            **DEFENDANTS/THIRD PARTY PLAINTIFFS**

**VS.**

**BILL CROWSEY, ET AL.**                            **THIRD PARTY DEFENDANTS**

## ORDER

The Motion for *Pro Hac Vice* Admission is granted (#7). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Kevin S. Wiley, Jr., is hereby permitted to appear and participate in this action as counsel for plaintiff. Pursuant to Local Rule 83.5(d) the requirement that Kevin S. Wiley, Jr., designate local counsel is waived subject to further Order of the Court.

IT IS SO ORDERED this __27__ day of April, 2010.

_____
James M. Moody
United States District Judge