IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| CLEARPOINTE TECHNOLOGY, INC. | § § § | |
| PLAINTIFF, | § § | |
| VS. | § § | NO. 4:10-CV-203JMM |
| DAVID OLDRIGHT AND TRINITY NETWORK SOLUTIONS, LLC | § § § § § | |
| DEFENDANTS | § | |

### AGREED ORDER FOR PRELIMINARY INJUNCTION

Pending is the Plaintiff's Motion for a Preliminary Injunction (Doc. No. 4) and, the Court, recognizing that the Plaintiff's continued loss of customers and corresponding loss of business goodwill, references to potential customers, and future business is irreparable in nature, hereby grants the Motion for Preliminary Injunction enjoining the Defendants, until further order from this Court, from:

(a) disclosing Plaintiff's proprietary information to third parties; and

(b) interfering with Plaintiff's contractual relations and business expectancies including, but not limited to: (i) soliciting any customer whom Plaintiff holds an existing contractual relationship with; (ii) contracting with any customer whom Plaintiff holds an existing contractual relationship with, either directly or indirectly; and (iii) providing IT services to any customer whom Plaintiff holds an existing contractual relationship with.

The Defendants may continue to provide IT services to SeyTec, InterPro Group, and Capstone Underwriters, LLC, but the continuation of IT services from the Defendants to SeyTec,

InterPro Group, and Capstone Underwriters shall in no way be construed as a waiver of Plaintiff's claims and damages related to such services. Moreover, this Agreed Order shall in no way be construed as a waiver of Plaintiff's claims and damages related to the Defendants actions towards and related to any other former customer of Plaintiff.

It is the intent of this Preliminary Injunction to maintain the *status quo* of the Parties pending further discovery and order by this Court. By agreement of the Parties, the Plaintiff is not required to post security in conjunction with the entry of this Preliminary Injunction.

IT IS SO ORDERED THIS   10   day of May, 2010.

_____
United States District Judge

**AGREED TO FORM:**

*Counsel for Plaintiff*
Gill Elrod Ragon Owen & Sherman, P.A.
425 W. Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

By: /s/ Dylan H. Potts_____
Dylan H. Potts   ABA #2001258


*Counsel for Defendant*
Kevin S. Wiley , Jr
Law Offices of Kevin S. Wiley, Jr.
1409 South Lamar Street, Suite 711
Dallas, TX 75215

By: /s/ Kevin S. Wiley, Jr._____
Kevin S. Wiley